UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RESS LIFE INVESTMENTS A/S

Plaintiff,

v.

OLF RS HOLDCO, LLC, OBRA LONGEVITY FUND, L.P., RS 4 SPV LLC, and WILMINGTON TRUST, N.A.

Defendants.

Civil Action No.: 26mc419

ORDER TO FILE CIVIL CASE UNDER SEAL

Plaintiff, having moved to file a new civil case under seal in the traditional manner, in paper form, and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal, it is hereby

ORDERED this case may be filed under seal. The parties are directed to proceed in accordance with the instructions for filing under seal found in the court's ECF Rules, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

The Clerk is directed to restrict access to this order and close this case.

Dated: New York, New York

SO ORDERED:

____________________________

SO ORDERED, subject to reconsideration by the assigned judge, once the underlying case has been filed under seal and assigned to a judge for all purposes. Counsel are directed to provide a copy of this Order to the assigned judge promptly.

Dated August 24, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE