UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RESS LIFE INVESTMENTS A/S,<br><br>Plaintiff,<br>v.<br><br>OLF RS HOLDCO, LLC et al.,<br><br>Defendants, and<br><br>WILMINGTON TRUST, N.A.,<br><br>Nominal Defendant. | Civil Action No. 26-cv-07261 (JSR) |
| OLF RS HOLDCO, LLC and RS 4 SPV LLC,<br><br>Counterclaim Plaintiffs,<br>v.<br><br>RESS LIFE INVESTMENTS A/S,<br><br>Counterclaim Defendant. | (Formerly Civil Action No. 26-cv-07823, now consolidated with Civil Action No. 26-cv-07261 (JSR)) |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE AND REMAND**

Plaintiff and Counterclaim Defendant Ress Life Investments A/S ("Ress"); Defendants and Counterclaim Plaintiffs OLF RS Holdco, LLC ("Holdco") and RS 4 SPV LLC ("RS4"); and Defendant Obra Longevity Fund, L.P., now known as Obra Insurance Fund, LP ("OIF," and together with Holdco and RS4, the "Obra Parties") (collectively, the "Parties"), through their undersigned counsel, stipulate and agree as follows.

WHEREAS, on or about August 25, 2026, Ress commenced Civil Action No. 26-cv-07261 (JSR) in this Court against Holdco, RS4, and OIF, and named Wilmington Trust, N.A. as a nominal defendant (the "Ress Action");

WHEREAS, Ress invoked this Court's diversity jurisdiction under 28 U.S.C. § 1332 as the sole basis for subject matter jurisdiction over the Ress Action;

WHEREAS, Holdco and RS4 commenced an action against Ress in the Supreme Court of the State of New York, County of New York, Index No. 161286/2026 (the "Obra Action");

WHEREAS, on or about September 9, 2026, Ress removed the Obra Action to this Court on the basis of diversity jurisdiction, where it was assigned Civil Action No. 26-cv-07823;

WHEREAS, the Court thereafter consolidated the Obra Action with the Ress Action under Civil Action No. 26-cv-07261 (JSR) (ECF No. 4);

WHEREAS, on or about October 22, 2026, Holdco and RS4 filed an Amended Counterclaim Complaint against Ress (ECF No. 30);

WHEREAS, on or about October 22, 2026, Ress filed a Second Amended Complaint and moved for a preliminary injunction (ECF Nos. 31 and 32);

WHEREAS, Nominal Defendant Wilmington Trust, N.A. has not appeared in the Ress Action;

WHEREAS, on or about October 27, 2026, the Obra Parties filed a Rule 7.1 Disclosure Statement (ECF No. 33) identifying their citizenship, which shows that, like Ress, the Obra Parties are citizens of a foreign state;

WHEREAS, because both Ress and the Obra Parties are citizens of foreign states, diversity jurisdiction under 28 U.S.C. § 1332 is lacking;

WHEREAS, no other basis for federal subject matter jurisdiction exists over either action; and

WHEREAS, Federal Rule of Civil Procedure 12(h)(3) requires the Court to dismiss an action over which it lacks subject matter jurisdiction, and 28 U.S.C. § 1447(c) requires the Court

to remand a removed case over which it lacks subject matter jurisdiction;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their undersigned counsel, and subject to the approval of the Court, as follows:

1. The Ress Action, Civil Action No. 26-cv-07261 (JSR), is dismissed without prejudice for lack of subject matter jurisdiction under Federal Rules of Civil Procedure 12(h)(3) and 41(a)(1)(A)(ii). The Parties agree that this dismissal is without prejudice to Ress's right to commence a new action in state court and without prejudice to the Obra Parties' right to assert any and all defenses to such an action other than defenses based solely on this dismissal of the Ress Action.

2. The Obra Action, formerly Civil Action No. 26-cv-07823, is remanded under 28 U.S.C. § 1447(c) to the Supreme Court of the State of New York, County of New York, Index No. 161286/2026. The Clerk of Court is respectfully directed to mail a certified copy of this Order to the clerk of that court. All rights are reserved as to any defenses that may exist regarding such action.

3. All pending motions are terminated as moot, including Ress's motion for a preliminary injunction (ECF No. 32), without prejudice to refile in any court of competent jurisdiction.

4. Each Party shall bear its own attorneys' fees and costs incurred in this Court.

Dated: New York, New York
November 4, 2026

/s/ ______________________
Seth R. Goldman
John Sefick
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
919 Third Avenue
New York, New York 10022
Phone: (212) 692-6845
srgoldman@mintz.com

Daniel I. Goldberg
John Paul Fulco
**OFFIT KURMAN, P.A.**
590 Madison Avenue, 6th Floor
New York, New York 10022
Phone: (347) 589-8550
jfulco@offitkurman.com

*Attorneys for Ress Life Investments A/S*

/s/ ______________________
Kevin J. O'Brien
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, New York 10104
Phone: (212) 556-2100
kobrien@kslaw.com

*Attorneys for OLF RS Holdco, LLC, Obra Longevity Fund, L.P. & RS 4 SPV LLC*

**SO ORDERED**

Dated: 11/5/, 2026
New York, New York

______________________
Hon. Jed S. Rakoff
United States District Judge